# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

Submitted April 18, 2017
Decided May 3, 2017

Before

RICHARD A. POSNER, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
DIANE S. SYKES, *Circuit Judge*

| No. 17-1782 | IN RE:<br>GORDON O. HOFF, SR.,<br>Petitioner |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 3:96-cr-00010-bbc-1<br>District Judge Barbara B. Crabb | |

Upon consideration of the **PETITION FOR WRIT OF MANDAMUS PURSUANT TO THE ALL WRITS ACT 28 U.S.C. § 1651**, filed on April 14, 2017, by the pro se petitioner,

**IT IS ORDERED** that the Petition for Writ of Mandamus is **DENIED**.

CERTIFIED COPY
A True Copy
Teste:

Christine Duff Hotkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J**(form ID: **177**)