# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

Submitted December 17, 2021
Decided January 7, 2022

Before

> DAVID F. HAMILTON, *Circuit Judge*
> MICHAEL Y. SCUDDER, *Circuit Judge*
> CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 21-3317 | IN RE:<br>   GORDON O. HOFF, SR.,<br>                    Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 3:96-cr-00010-bbc-1<br>District Judge Barbara B. Crabb ||

Upon consideration of the **PETITION FOR WRIT OF MANDAMUS**, filed on December 14, 2021, by pro se petitioner,

**IT IS ORDERED** that the petition is **DENIED**.

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J**     (form ID: **177**)